# Exhibit 3

to the Declaration of Cody Gray in Support of Children's Hospital's Motion to Quash Subpoena and Motion to Restrict

| | |
|---|---|
| **From:** | Cody Gray |
| **To:** | Dahlquist, Scott B.; Elliot Peters; Aseem Mehta; Katherine S. Folly |
| **Cc:** | Campbell, Jordan C (CIV); Goldstein, Ross; Gunn, David L.; Runkle, Patrick; Scott, Steven R. |
| **Subject:** | RE: Children"s Hospital Colorado |
| **Date:** | Friday, August 1, 2025 1:16:48 PM |

Hi Scott,

Thank you for your message. We appreciated the conversation with you and your colleagues earlier this week regarding the subpoena, including your confirmation that the Department of Justice does not have any evidence or particularized suspicion of wrongdoing by Children's Hospital Colorado.

We understood from you that the Department issued the subpoena to our client per the directives set forth in Attorney General Bondi's April 2025 memorandum implementing the President's January 2025 Executive Orders regarding gender ideology and gender-related medical services. We understand that Children's Hospital Colorado was included as a subpoena recipient because it provides gender-related medical care.

Thank you for considering our initial comments about the subpoena's overbreadth and for providing in writing your revisions to narrow and clarify certain requests. Our client is considering the requests contained in the subpoena, as modified by your email, and whether further discussion about overbreadth and burden is necessary.

We appreciated your recognition during our call that the Department issued the subpoena on July 3, 2025 but, due to delays within the Department, did not serve the subpoena until July 14, 2025. As a professional courtesy, we request that you provide a commensurate extension to the response deadline while our client considers how to proceed. Accordingly, this would move Children's Hospital Colorado's response date from August 7 to August 18.

Please let us know as soon as you are able.  Thank you, and have a nice weekend.

Best,
Cody

---

**Cody Gray**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8815 direct | 415 391 5400 main
cgray@keker.com | vcard | keker.com
He/him/his