# Exhibit 4

to the Declaration of Cody Gray in Support of Children's Hospital's Motion to Quash Subpoena and Motion to Restrict

**From:** Dahlquist, Scott B. <Scott.B.Dahlquist@usdoj.gov>
**Sent:** Tuesday, August 5, 2025 5:26 PM
**To:** Cody Gray; Elliot Peters; Aseem Mehta; Katherine S. Folly
**Cc:** Campbell, Jordan C (CIV); Goldstein, Ross; Gunn, David L.; Runkle, Patrick; Scott, Steven R.
**Subject:** RE: Children's Hospital Colorado

Hi Cody.

Thank you for your email. At the outset, it appears that some of your understanding from our call last week, as reflected in your email below, may be inaccurate. We reject any implication that Children's Hospital Colorado was seemingly randomly picked or improperly targeted as a subpoena recipient simply because it provides gender-related medical care or that the subpoena was issued solely because of Attorney General Bondi's April 2025 memo. As you have requested, we are happy to grant an extension of the response deadline to August 18 as a professional courtesy, and we look forward to further conversations regarding your client's complying with the subpoena.

Many thanks,
Scott