# Exhibit 5

to the Declaration of Cody Gray in Support of Children's Hospital's Motion to Quash Subpoena and Motion to Restrict

| | |
|---|---|
| **From:** | Cody Gray |
| **Sent:** | Wednesday, August 6, 2025 5:13 PM |
| **To:** | Dahlquist, Scott B.; Elliot Peters; Aseem Mehta; Katherine S. Folly |
| **Cc:** | Campbell, Jordan C (CIV); Goldstein, Ross; Gunn, David L.; Runkle, Patrick; Scott, Steven R. |
| **Subject:** | RE: Children's Hospital Colorado |

Hi Scott,

Thank you for your message and your professional courtesy. We appreciate the extension and are continuing to confer with our client about possible next steps.

To move things forward, we believe it would be helpful to schedule another meet and confer with you. We appreciated our last conversation, in which you stated that you had "no specific concern as to Children's Colorado" and that "there is no particular factual item that brought [Children's Colorado] to [your] attention," other than that you "understand that Children's Colorado provides care in the area of gender dysphoria." We also understood from our last conversation that Children's Colorado received the subpoena as a result of the directives set forth in recent Department of Justice memoranda, including Attorney General Bondi's April 2025 memorandum implementing the President's January 2025 Executive Orders regarding gender ideology and gender-related medical services, and Assistant Attorney General Shumate's June 2025 memorandum further implementing the April 2025 Bondi Memorandum. We do not agree with your characterization of our prior meet and confer to the extent your email below is inconsistent with the foregoing statements, but in any event, look forward to further discussing these and other issues with you.

During our last conversation, you mentioned Attorney General Order 3591-215, issued on November 10, 2015 by then-Attorney General Lynch. We have not been able to locate that document and would appreciate it if you could share it with us.

We are available to meet and confer **tomorrow after 12:30 p.m. Pacific** (8/7) or **Friday morning between 9:30-11:30 a.m. Pacific** (8/8). Please let us know if there is a time that works for you.

Thank you.

Best,
Cody

---

**Cody Gray**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8815 direct | 415 391 5400 main
cgray@keker.com | vcard | keker.com
He/him/his