# Exhibit 11

to the Declaration of Cody Gray in Support of Children's Hospital's Motion to Quash Subpoena and Motion to Restrict

## The WHITE HOUSE

**ARTICLES**

# President Trump Promised to End Child Sexual Mutilation – and He Delivered

The White House

July 25, 2025

During his campaign, President Donald J. Trump repeatedly pledged to end the irreversible chemical and surgical mutilation of our children: "We are not going to allow child sexual mutilation."

**For years, politicians have promised to end the barbaric, pseudoscientific practice — but President Trump is the only one who has actually delivered.**

This week, Yale New Haven Health and Connecticut Children's Medical Center announced they are ending their so-called "gender-affirming care services." They join a growing list of health systems across the country following President Trump's executive action.

- Phoenix Children's Hospital stopped providing puberty blockers and hormone therapy to minors.
- Stanford Medicine ended sex-change surgeries for minors.
- Children's Hospital Los Angeles closed its "Center for Transyouth Health and Development and Gender-Affirming Care."
- Denver Health suspended sex change surgeries for patients under 19.
- UCHealth ended so-called "gender-affirming services" for patients under 19.
- Lurie Children's Hospital of Chicago stopped sex-change surgeries for patients under 19.
- UChicago suspended so-called "gender-affirming care" for minors.
- Northwestern Memorial Hospital stopped sex-change surgeries for minors.
- Rush Medical Center halted gender-affirming care for new patients under 18.

- In New York City, Mount Sinai and New York-Presbyterian both curbed so-called "gender-affirming care" for minors.

- In Pennsylvania, Penn State Health, the University of Pittsburgh Medical Center, and the University of Pennsylvania Health System all stopped so-called "gender-affirming care" for patients under 19.

- The Hospital of Richmond at VCU Health halted so-called "gender-affirming care" for new patients under 19.

- Children's Hospital of The King's Daughters suspended hormone therapy and puberty blockers for gender-affirming care in children under 19.

- Seattle Children's Hospital stopped providing so-called "gender-affirming surgery" to patients under 19.

- In Washington, D.C., Children's National Hospital "paused" prescribing puberty blockers and hormone therapies for minors.

- Kaiser Permanente paused sex-change surgeries for patients under 19 across all its hospitals and surgical centers.

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS



Subscribe to The White House newsletter

| Your email | SIGN UP |

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW

Washington, DC 20500

WH.GOV

Copyright

Privacy