# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Misc. Case No.

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

### [PROPOSED] ORDER GRANTING CHILDREN'S HOSPITAL COLORADO'S MOTION TO QUASH SUBPOENA

---

Having considered Children's Hospital Colorado's Motion to Quash Subpoena (the "Motion"), the arguments presented by the parties, and all submissions in support of and in opposition to the Motion, it is hereby **ORDERED** that the United States Department of Justice's Administrative Subpoena No. 25-1431-030 is **quashed in its entirety**.

**IT IS SO ORDERED**.

Dated: _____

United Stated District Judge