IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Misc. Case No.

In re: Department of Justice Administrative Subpoena No. 25-1431-030

**[PROPOSED] ORDER GRANTING CHILDREN'S HOSPITAL COLORADO'S MOTION TO RESTRICT**

Having considered Children's Hospital Colorado's ("Children's Hospital") Motion to Restrict ("Motion"), the arguments presented by the parties, and all submissions in support of and in opposition to the Motion, the Court finds there is good cause to grant the Motion and it is hereby **ORDERED** that Children's Hospital's Motion is **GRANTED**.

The Clerk is hereby directed to retain Level 1 restriction over the following items:

- This case in its entirety, including:
- Children's Hospital Colorado's Motion to Quash, the Gray Declaration and its exhibits, the Brumbaugh Declaration, and the proposed order;
- The instant Motion to Restrict and this proposed order;
- All subsequent filings in this proceeding, pending any further order by the Court.

**IT IS SO ORDERED.**

Dated: _____    _____
                                  United Stated District Judge

3025423

1