# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 25-mc-63-SKC

In re: Department of Justice Administrative Subpoena No. 25-1431-030

---

### DECLARATION OF LISA HSIAO, ACTING DIRECTOR, CONSUMER PROTECTION BRANCH, U.S. DEPARTMENT OF JUSTICE

---

I, Lisa Hsiao, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Acting Director of the Consumer Protection Branch within the United States Department of Justice.

2. The Consumer Protection Branch ("CPB") handles criminal and civil litigation and related matters arising under federal statutes that protect consumers' health, safety, economic security, and identity integrity. The Branch is responsible for criminal and civil actions under statutes administered by the Food and Drug Administration. CPB is authorized to oversee and conduct all civil and criminal matters arising under the Federal Food, Drug, and Cosmetic Act (FDCA), 21 U.S.C. § 301, et seq. See 28 C.F.R. § 0.45(j) and Justice Manual § 4-8.000.

3. Through Presidentially-appointed, Senate-confirmed officers of the Department of Justice, the Consumer Protection Branch is authorized to undertake appropriate investigations of any violations of the Federal Food, Drug, and Cosmetic Act (FDCA) relating to the on- or off-label use by manufacturers and distributors of drugs, including puberty blockers, sex hormones, or any other drug used to facilitate a child's so-called "gender transition." *See* AG Bondi Memo dated April 22, 2025.

4. The Attorney General may authorize other officers of the Department of Justice to perform certain functions of the Attorney General. See 28 U.S.C. § 510. In any investigation of a federal health care offense, the Attorney General may issue in writing a cause to be served a subpoena requiring the production and testimony described in 18 U.S.C. § 3486(a)(1)(B). See 18 U.S.C.§ 3486(a)(1)(A).

5. Pursuant to Attorney General Order Number 3591-2015, dated November 10, 2015, the Attorney General authorized the Assistant Attorney General for the Civil Division to issue and serve administrative subpoenas pursuant to 18 U.S.C. §§ 3486(a)(1)(A) and (a)(1)(B) to investigate violations of the FDCA that relate to a health care benefit program.

6. The United States is conducting an investigation into, among other things, whether off-label promotion and/or unlawful dispensing of puberty blockers and cross-sex hormones for use by minors violated federal law, including the FDCA.

7. The subpoena to Children's Hospital Colorado, No. 25-1431-030 was lawfully issued and authorized by Brett A. Shumate, Assistant Attorney General for the Civil Division, in connection with that investigation being conducted in my office.

Dated this 29th day of August, 2025.

Lisa Hsiao, Acting Director
Consumer Protection Branch
United States Department of Justice