IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 25-mc-00063-SKC-CYC

IN RE: DEPARTMENT OF JUSTICE ADMINISTRATIVE SUBPOENA No. 25-1431-030

---

NOTICE OF EASTERN DISTRICT OF PENNSYLVANIA ORDER
TO DISCLOSE OTHER LITIGATION

---

Pursuant to orders issued by United States District Judge Mark A. Kearney in the Eastern District of Pennsylvania in *In Re: Subpoena No. 25-1431-014*, No. 25-mc-39-MAK, the Government has been ordered to disclose to Judge Kearney *in camera* the existence and status of this litigation, including any opinions or decisions that have been issued in this matter. *See* Ex. A (E.D. Pa. Orders). Judge Kearney has ordered that the Government provide the initial disclosure on September 8, 2025 (originally ordered by September 3, but modified to September 8), and update the court *in camera* with any further developments on September 24, 2025. *Id*. Judge Kearney has also ordered that the Government provide copies of its status updates to the movant's counsel in that matter on an attorneys'-eyes-only basis. *Id*.

The Government wishes to inform this Court and counsel of record of the orders of the United States District Court for the Eastern District of Pennsylvania, and that the Government intends to comply with them.

Dated this 3rd day of September 2025.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD KHOJASTEH
Senior Counsel
Civil Division

LISA HSIAO
Acting Director

ROSS S. GOLDSTEIN
PATRICK RUNKLE
Assistant Directors

 /s/ Scott B. Dahlquist
**Scott B. Dahlquist**
Trial Attorney

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
Tel:     202-532-4602
Fax:    202-514-8742
scott.b.dahlquist@usdoj.gov

Attorneys for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2025, filed the foregoing with the Clerk of Court using the CM/ECF system, which caused the foregoing to be sent to:

>Elliot R. Peters
>epeters@keker.com
>
>Cody Gray
>cgray@keker.com
>
>Katherine S. Folly
>kfolly@keker.com
>
>Aseem Mehta
>amehta@keker.com
>
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA 94111-1809
>Telephone: 415-391-5400
>Facsimile: 415-397-7188.

Dated this 3rd day of September 2025.

     /s/ *Scott B. Dahlquist*
     Scott B. Dahlquist