# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SUBPOENA NO. 25-1431-014  : MISCELLANEOUS ACTION
: 
: NO. 25-39

## ORDER

**AND NOW**, this 20th day of August 2025, upon considering the subpoenaed witness's Motion to limit subpoena (ECF 1), the United States' Opposition (ECF 13), the subpoenaed witness's Reply (ECF 20), and finding questions arising from our ongoing study of the scope of administrative subpoenas in furtherance of United States' investigations mindful the parties did not brief whether a subpoenaed health care provider has challenged a similar subpoena before a court, and for good cause, it is **ORDERED** the United States shall email joint letters *in camera* to Chambers' email not exceeding ten pages copying the subpoenaed witness's counsel by no later than **September 3, 2025** and **September 24, 2025** representing the parties' present and updated understanding of any other challenges, appraising us of the status of subpoenas concerning gender-related care issued by the United States to other health care providers, and attaching docket sheets, issued Orders, and Opinions in such challenges to date.

_____
KEARNEY, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | : | MISCELLANEOUS ACTION |
| | : | |
| | : | NO. 25-39 |

# ORDER

AND NOW, this 2nd day of September 2025, following today's conference with counsel (ECF 23) to clarify the parties' obligations under our August 20, 2025 Order (ECF 22), and finding good cause with due respect to proceedings remaining under seal in other courts, it is **ORDERED** we **amend** our August 20, 2025 Order (ECF 22) to confirm:

1. The parties are granted leave to email their first *in camera* letter to Chambers by no later than **September 8, 2025;**

2. The parties shall not share, distribute, or discuss the information presented in the *in camera* summary letters (and attachments) emailed only to Chambers with a person other than counsel who entered an appearance as of today's call as well as the witness's assigned in-house counsel (and directing in-house counsel of the same prohibition) until further Order; and,

3. The parties will endeavor to provide a fulsome status of pending or challenged subpoenas mindful some courts may not allow access to sealed dockets but otherwise consistent with their obligations under our August 20, 2025 Order (ECF 22).

_____
KEARNEY, J.