IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Miscellaneous Case No. 1:25-mc-00063-SKC-CYC

In re: Department of Justice Administrative Subpoena No. 25-1431-030

**ORDER RE: RESPONDENT'S NOTICE (DKT. 12)**

This matter is before the Court *sua sponte* upon the Court's review of Respondent United States of America Department of Justice's Notice of Eastern District of Pennsylvania Order to Disclose Other Litigation (Notice) (Dkt. 12). The Notice states Respondent "has been ordered to disclose to Judge [Mark A.] Kearney *in camera* the existence and status of this litigation, including any opinions or decisions that have been issued in this matter."[1] Dkt. 12, p.1. It continues, "Judge Kearney has also ordered that the Government provide copies of its status updates to the movant's counsel in that matter [*i.e.*, *In Re: Subpoena No. 25-1431-014*, No. 25-mc-39-MAK] on an attorneys'-eyes-only basis." *Id*. The Respondent "intends to comply with [Judge Kearney's orders]." *Id*.

---

[1] The Court notes that Judge Kearney's August 20, 2025, Order requires more than what Respondent represents in its Notice: "appraising us of the status of subpoenas concerning gender-related care issued by the United States to other health care providers, and attaching docket sheets, issued Orders, and Opinions in such challenges to date." Dkt. 12-1, p.1.

1

This matter, however, is presently sealed in its entirety, pending resolution of Petitioner Children's Hospital Colorado's Motion to Restrict (Dkt. 2). Not even the existence of this matter is publicly available because the entire case, and all of its docket, is presently restricted at Level 1 restriction. *See, generally,* this docket. The current Level 1 restriction limits access to the parties and the Court. D.C.COLO.LCivR 7.2(b). Thus, without permission of this Court, Respondent cannot provide anyone else, including, with all due respect, a sister Court, anything from this case at this moment. Indeed, Judge Kearney's September 2, 2025, Order modifying his earlier Order recognizes this limitation: "The parties will endeavor to provide a fulsome status of pending or challenged subpoenas *mindful some courts may not allow access to sealed dockets* but otherwise consistent with their obligations under our August 20, 2025 Order . . . ." Dkt. 12-1, p.2 (emphasis added).

To be sure, the Court ORDERS that Respondent shall not provide anything from or about this case to the U.S. District Court for the Eastern District of Pennsylvania (or anyone else not a party to this case here), EXCEPT Respondent may inform Judge Kearney in *In Re: Subpoena No. 25-1431-014*, No. 25-mc-39-MAK, the following: "The Government believes that a case currently filed in the U.S. District Court for the District of Colorado is or may be subject to Judge Kearney's August 20, 2025 Order, as modified on September 2, 2025. The Colorado matter, however, is currently sealed, subject to a pending motion to restrict that has not yet been fully

briefed." The aforementioned language shall be communicated to Judge Kearney and opposing counsel in the Pennsylvania matter in accordance with his Order.[2]

The Court FURTHER ORDERS Respondent to file a Notice, on or before September 5, 2025, with this Court informing the Court and Petitioner if it has disclosed anything from this case with anyone not permitted to receive it, including the U.S. District Court for the Eastern District of Pennsylvania.

DATED: September 3, 2025.

BY THE COURT:

_____
S. Kato Crews
United States District Judge

---

[2] This Order in no way limits relief that Respondent might seek from this Court, such as a motion seeking permission from this Court to disclose specific, identified information from this case to the U.S. District Court for the Eastern District of Pennsylvania and other specifically identified individuals.

3