# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 25-mc-00063-SKC-CYC

**IN RE: DEPARTMENT OF JUSTICE ADMINISTRATIVE SUBPOENA No. 25-1431-030**

---

### NOTICE OF COMPLIANCE WITH SEPTEMBER 3, 2025 COURT ORDER
### (DKT. 13)

---

Pursuant the Order issued by this Court on September 3, 2025 (Dkt. 13), the undersigned counsel confirms that it will comply with this Court's Order and, with respect to this sealed matter, will only provide the following information to Judge Kearney in *In Re: Subpoena No. 25-1431-014*, No. 25-mc-39-MAK: "The Government believes that a case currently filed in the U.S. District Court for the District of Colorado is or may be subject to Judge Kearney's August 20, 2025 Order, as modified on September 2, 2025. The Colorado matter, however, is currently sealed, subject to a pending motion to restrict that has not yet been fully briefed." This language will be provided to Judge Kearney and opposing counsel in the Pennsylvania matter *in camera* on September 8, 2025.

The undersigned counsel is not aware of any disclosure of information about this case to anyone not permitted to receive it, including to the U.S. District Court for the Eastern District of Pennsylvania.

Dated this 5th day of September 2025.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD KHOJASTEH
Senior Counsel
Civil Division

LISA HSIAO
Acting Director

ROSS S. GOLDSTEIN
PATRICK RUNKLE
Assistant Directors

 */s/ Scott B. Dahlquist*
**Scott B. Dahlquist**
Trial Attorney

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
Tel:    202-532-4602
Fax:    202-514-8742
scott.b.dahlquist@usdoj.gov

Attorneys for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2025, filed the foregoing with the Clerk of Court using the CM/ECF system, which caused the foregoing to be sent to:

>Elliot R. Peters
>epeters@keker.com
>
>Cody Gray
>cgray@keker.com
>
>Katherine S. Folly
>kfolly@keker.com
>
>Aseem Mehta
>amehta@keker.com
>
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA 94111-1809
>Telephone: 415-391-5400
>Facsimile: 415-397-7188.

Dated this 5th day of September 2025.

    /s/ *Scott B. Dahlquist*
Scott B. Dahlquist