IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 25-mc-00063-SKC-CYC

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

## ENTRY OF APPEARANCE

---

To the Clerk of Court and all parties of record:

I, Ross S. Goldstein, hereby certify that I am admitted provisionally to practice in the United States District Court for the District of Colorado, and I appear in this case as counsel for the United States of America.

Dated this 5th day of September, 2025.

                                                Respectfully submitted,

                                                */s/ Ross S. Goldstein*
                                                ROSS S. GOLDSTEIN
                                                Assistant Director

                                                United States Department of Justice
                                                Consumer Protection Branch
                                                P.O. Box 386
                                                Washington, DC 20044

                                                Tel:       202-353-4218
                                                Fax:      202-514-8742
                                                Ross.Goldstein@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2025, I served a true and correct copy of the foregoing Entry of Appearance by email upon the following:

| | |
|---|---|
| Elliot R. Peters<br>epeters@keker.com | Cody Gray<br>cgray@keker.com |
| Katherine S. Folly<br>kfolly@keker.com | Aseem Mehta<br>amehta@keker.com |

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111


                                               /s/ Ross S. Goldstein
                                              ROSS S. GOLDSTEIN