IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 25-mc-63-SKC-CYC

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

**CHILDREN'S HOSPITAL COLORADO'S NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Pursuant to Civ. Practice Standard 10.1(d), Children's Hospital Colorado hereby submits this Notice of Supplemental Authority to identify the following new authority relevant to Children's Hospital Colorado's Motion to Quash Subpoena, Dkt. 1:

*QueerDoc, PLLC v. U.S. Department of Justice*, No. 2:25-mc-00042-JNW, Dkt. 27 (W.D. Wa. Oct. 27, 2025).

A copy of the above-referenced authority is attached hereto as **Exhibit A**.

1

Respectfully submitted,

Dated: October 28, 2025          By:     /s/ Cody Gray

Elliot R. Peters
*epeters@keker.com*
Cody Gray
*cgray@keker.com*
Katherine S. Folly
*kfolly@keker.com*
Aseem Mehta
*amehta@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

*Attorneys for Children's Hospital Colorado*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, and separately emailed the same to counsel for the United States at:

Ross Scott Goldstein
U.S. Department of Justice
450 Fifth Street NW
Liberty Square Building
Suite 6400
Washington, DC 20001
202-353-4218
Fax: 202-514-8742
Email: ross.goldstein@usdoj.gov

Scott B. Dahlquist
U.S. Department of Justice
PO Box 386
Washington, DC 20044
202-532-4602
Email: scott.b.dahlquist@usdoj.gov

Respectfully submitted,

Dated: October 28, 2025              */s/Aseem Mehta*
                                     Aseem Mehta