**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 25-mc-00063-SKC-CYC

**IN RE: DEPARTMENT OF JUSTICE ADMINISTRATIVE SUBPOENA No.
25-1431-030**

---

### UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY

---

Pursuant to Civ. Practice Standard 10.1(d), the United States hereby submits
this Notice of Supplemental Authority to identify the following new authority
relevant to the United States' Opposition to Children's Hospital Colorado's Motion
to Quash Subpoena. On November 6, 2025, the Supreme Court granted the
Government's application to stay a June 17, 2025 Order of the United States
District Court for the District of Massachusetts, case No. 1:25–cv–10313, after the
First Circuit Court of Appeals declined stay the order pending appeal. *Trump v.
Orr*, 607 U.S. __, No. 25A319 (Nov. 6, 2025) (Ex. 1). The relevant issue includes the
lower court's treatment of Executive Order 14,187 in a preliminary injunction order
issued on April 18, 2025, which it applied to a class of plaintiffs in the June 17, 2025
Order. (Ex. 2) (available at
https://www.supremecourt.gov/DocketPDF/25/25A319/375147/20250919104505499_
Orr_Appendix_FINAL.pdf).

1

No portion of this filing was drafted using artificial intelligence.

Dated this 14th day of November 2025.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT SHUMATE
Assistant Attorney General
JORDAN C. CAMPBELL
Deputy Assistant Attorney General
SARMAD KHOJASTEH
Senior Counsel
Civil Division
LISA HSIAO
Acting Director

ROSS S. GOLDSTEIN
PATRICK RUNKLE
Assistant Directors
 */s/ Scott B. Dahlquist*
**Scott B. Dahlquist**
Trial Attorney

United States Department of Justice
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044
Tel:   202-532-4602
Fax:   202-514-8742
scott.b.dahlquist@usdoj.gov

*Attorneys for the United States*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2025, filed the foregoing with the Clerk of Court using the CM/ECF system, and separately emailed to counsel for Children's Hospital Colorado at:

Elliot R. Peters
epeters@keker.com

Cody Gray
cgray@keker.com

Katherine S. Folly
kfolly@keker.com

Aseem Mehta
amehta@keker.com

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188.

Dated this 14th day of November 2025.

/s/ *Scott B. Dahlquist*
Scott B. Dahlquist