# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: Department of Justice Administrative Subpoena No. 25-1431-030 | Civil Action No. 25-mc-00063-SKC-CYC |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PETITIONER'S MOTION TO QUASH

For good cause shown, Amici States are hereby granted leave to file an amicus brief of no longer than 25 pages.

Dated this ___th day of _____, 2025

_____
The Honorable S. Kato Crews
United States District Court
for the District of Colorado