## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 25-mc-63-SKC-CYC

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

## CHILDREN'S HOSPITAL COLORADO'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

Pursuant to Civ. Practice Standard 10.1(d), Children's Hospital Colorado hereby submits this Notice of Supplemental Authority to identify the following new authority relevant to Children's Hospital Colorado's Motion to Quash Subpoena, Dkt. 1:

*In re: Subpoena Duces Tecum No. 25-1431-016*, No. 2:25-mc-00041-JHC, Dkt. 25 (W.D Wa. Sept. 3, 2025) (attached hereto as **Exhibit A**).

Children's Hospital Colorado respectfully notes that this authority was previously filed under seal and became available to the public for the first time on December 11, 2025. *See In re: Subpoena Duces Tecum No. 25-1431-016*, No. 2:25-mc-00041-JHC, Dkt. 38 (W.D Wa. Dec. 11, 2025) (order unsealing docket).

3933611

No portion of this filing was drafted using artificial intelligence.

Respectfully submitted,

Dated: December 12, 2025          By:     /s/ Cody Gray

Elliot R. Peters
*epeters@keker.com*
Cody Gray
*cgray@keker.com*
Katherine S. Folly
*kfolly@keker.com*
Aseem Mehta
*amehta@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

*Attorneys for Children's Hospital
Colorado*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December 2025, I filed the foregoing

with the Clerk of Court using the CM/ECF system, which caused the foregoing to be

sent to:

>Ross Scott Goldstein
>U.S. Department of Justice
>450 Fifth Street NW
>Liberty Square Building
>Suite 6400
>Washington, DC 20001
>202-353-4218
>Fax: 202-514-8742
>Email: ross.goldstein@usdoj.gov
>
>Scott B. Dahlquist
>U.S. Department of Justice
>PO Box 386
>Washington, DC 20044
>202-532-4602
>Email: scott.b.dahlquist@usdoj.gov

Respectfully submitted,

Dated: December 12, 2025                         */s/Aseem Mehta*
                                                            Aseem Mehta

3933611