# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 25-mc-63-SKC-CYC

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

### CHILDREN'S HOSPITAL COLORADO'S RESPONSE TO MINUTE ORDER REGARDING DOCKET NO. 27

---

On December 12, 2025, Children's Hospital Colorado ("Children's Hospital") submitted a Notice of Supplemental Authorities identifying and attaching as an exhibit the following authority relevant to Children's Hospital's Motion to Quash: *In re: Subpoena Duces Tecum No. 25-1431-016*, No. 2:25-mc-00041-JHC, Dkt. 25 (W.D Wa. Sept. 3, 2025). *See* Dkt. Nos. 27 (notice), 27-1 (exhibit attaching order).

On December 15, 2025, this Court issued the following minute order: "This matter is before the Court on the Notice of Supplemental Authorities, ECF No. [27]. The notice appears to contain information from a sealed case, and as such, the Clerk's office is ORDERED to restrict ECF No. [27] at a Level 1 restriction. On or before December 22, 2025, the petitioner shall file a motion under D.C.COLO.LCivR 7.2." *See* Dkt. 28.

Children's Hospital respectfully submits this response to the Court's order to clarify that Children's Hospital's submissions at Dkt. 27 and Dkt. 27-1 do not contain any sealed, confidential, or otherwise restricted information. As such, the

1

3937297

submissions at Dkt. 27 and Dkt. 27-1 do not require restriction and can be rendered accessible to the public.

By way of background, the order from *In re: Subpoena Duces Tecum No. 25-1431-016* referenced in Children's Hospital's Notice of Supplemental Authorities was initially filed under seal in the Western District of Washington on September 3, 2025. However, on December 11, 2025, the court in *In re: Subpoena Duces Tecum No. 25-1431-016* issued an order unsealing the entire docket in that matter, including the September 3, 2025 order. *See* No. 2:25-mc-00041-JHC, Dkt. 38 (W.D Wa. Dec. 11, 2025) (order unsealing docket) (attached hereto as **Exhibit A**). Undersigned counsel understands that it took a few days for some of the docket entries in *In re: Subpoena Duces Tecum No. 25-1431-016* to be manually unsealed. But the docket in *In re: Subpoena Duces Tecum No. 25-1431-016* was unsealed and the referenced order became available to the public on December 11, 2025.

Children's Hospital submitted the order from *In re: Subpoena Duces Tecum No. 25-1431-016* as an exhibit to its Notice of Supplemental Authorities on **December 12, 2025**, the day *after* the docket in that matter was unsealed and the referenced order became publicly available. *See* Dkt Nos. 27, 27-1. Children's Hospital has confirmed that the submissions at Dkt. 27 and Dkt. 27-1 do not contain any sealed information and that every docket entry in *In re: Subpoena Duces Tecum No. 25-1431-016* is publicly available as of the date of this response. For the avoidance of doubt, please find attached hereto as **Exhibit B** a copy of the

referenced order bearing an updated ECF file-stamp omitting the word "SEALED." *See In re: Subpoena Duces Tecum No. 25-1431-016*, No. 2:25-mc-00041-JHC, Dkt. 25 (W.D Wa. Sept. 3, 2025).

In light of the foregoing, Children's Hospital respectfully submits that neither Dkt. 27 nor Dkt. 27-1 require restriction because they do not contain any sealed, confidential, or otherwise restricted information.

No portion of this filing was drafted using artificial intelligence.

Respectfully submitted,

Dated: December 18, 2025        By:     */s/ Cody Gray*_____

                                                       Elliot R. Peters
*epeters@keker.com*
Cody Gray
*cgray@keker.com*
Katherine S. Folly
*kfolly@keker.com*
Aseem Mehta
*amehta@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

*Attorneys for Children's Hospital Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which caused the foregoing to be sent to:

Ross Scott Goldstein
U.S. Department of Justice
450 Fifth Street NW
Liberty Square Building
Suite 6400
Washington, DC 20001
202-353-4218
Fax: 202-514-8742
Email: ross.goldstein@usdoj.gov

Scott B. Dahlquist
U.S. Department of Justice
PO Box 386
Washington, DC 20044
202-532-4602
Email: scott.b.dahlquist@usdoj.gov

Respectfully submitted,

Dated: December 18, 2025                    */s/Aseem Mehta*
                                             Aseem Mehta

3937297