**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 25-mc-63-SKC-CYC

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

**[PROPOSED] ORDER GRANTING CHILDREN'S HOSPITAL COLORADO'S UNOPPOSED MOTION FOR LEAVE TO RESPOND TO DKT. 36**

---

Having considered Children's Hospital Colorado unopposed motion for leave to respond to the government's objections to United States Magistrate Judge Chung's recommendation to grant Children's Hospital Colorado's motion to quash, the Court finds there is good cause to grant the motion and it is hereby **ORDERED** that Children's Hospital Colorado is **GRANTED** leave to respond. Children's Hospital Colorado's response to the government's objection is due on February 3, 2026.

**IT IS SO ORDERED.**

Dated: _____

                                                                     Hon. Kato S. Crews
                                                                     United States District Judge

4076399