## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 25-mc-63-SKC-CYC

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

## CHILDREN'S HOSPITAL COLORADO'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

Pursuant to Civ. Practice Standard 10.1(d), Children's Hospital Colorado

hereby submits this Notice of Supplemental Authority to identify the following new

authority relevant to Children's Hospital Colorado's Motion to Quash Subpoena,

Dkt. 1:

*In re: Subpoena Duces Tecum No. 25-1431-016*, No. 2:25-mc-00041-JHC, Dkt.

42 (W.D Wa. April 23, 2026) (attached hereto as **Exhibit A**).

1

6187513

No portion of this filing was drafted using artificial intelligence.

Respectfully submitted,

Dated: April 24, 2026

By:     */s/ Aseem Mehta*

Elliot R. Peters
*epeters@keker.com*
Cody Gray
*cgray@keker.com*
Katherine S. Folly
*kfolly@keker.com*
Aseem Mehta
*amehta@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

*Attorneys for Children's Hospital
Colorado*

2

6187513

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2026, I filed the foregoing with

the Clerk of Court using the CM/ECF system, which caused the foregoing to be sent

to:

Ross Scott Goldstein
U.S. Department of Justice
450 Fifth Street NW
Liberty Square Building
Suite 6400
Washington, DC 20001
202-353-4218
Fax: 202-514-8742
Email: ross.goldstein@usdoj.gov

Scott B. Dahlquist
U.S. Department of Justice
PO Box 386
Washington, DC 20044
202-532-4602
Email: scott.b.dahlquist@usdoj.gov

Respectfully submitted,

Dated: April 24, 2026                          */s/Aseem Mehta*
                                               Aseem Mehta

6187513