# EXHIBIT 1

Case No. 1:25-mc-00063-SKC-CYC    Document 41-1    filed 05/01/26    USDC Colorado
pg 2 of 3
Case 4:26-mc-00006-O    Document 2    Filed 04/30/26    Page 1 of 2    PageID 67

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| **IN THE MATTER OF ADMINISTRATIVE SUBPOENA 25-1431-032** | § § § § § § § § § | **Civil Action No.  4:26-MC-00006-O** |

## ORDER

Before the Court is the government's petition to enforce compliance with the above captioned subpoena (ECF No. 1). The Court finds that the subpoena was issued within the Department of Justice's statutory authority, the subpoena seeks documents reasonably relevant to the investigation, and the subpoena's demands are reasonable. The Court further finds that the witness, Rhode Island Hospital, was served with the subpoena on July 3, 2025, and has failed to fully comply with the subpoena by providing records to the government on or before the original due date of August 7, 2025, or the date of the Government's filing of its petition to enforce of April 30, 2026. The Court further finds that the witness has neither filed a motion to quash nor shown just cause for noncompliance. The Court determines that the government's petition to enforce should be and is hereby **GRANTED.**

Therefore, the Court hereby **ORDERS** the following:

1.      That the witness, Rhode Island Hospital, provide all records responsive to each request in the subpoena within 14 days of the entry of this order; and

- 1 -

Case No. 1:25-mc-00063-SKC-CYC    Document 41-1    filed 05/01/26    USDC Colorado
pg 3 of 3
Case 4:26-mc-00006-O    Document 2    Filed 04/30/26    Page 2 of 2    PageID 68

2.      That failure to fully comply with the subpoena or show just cause for continued noncompliance may result in sanctions up to and including this Court holding the witness in contempt.

**SO ORDERED** on this **30th day** of **April, 2026.**

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE