**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 25-mc-00063-SKC-CYC

**In Re: Department Of Justice Administrative Subpoena No. 25-1431-030**

---

**UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Pursuant to Civ. Practice Standard 10.1(d), the United States of America respectfully submits this Notice of Supplemental Authority to identify new authority relevant to the United States' Opposition to Children's Hospital Colorado's Motion to Quash Subpoena (ECF 10).

On May 10, 2026, the United States District Court for the Northern District of Texas in Case No. 4:26-mc-00006-O, entered an opinion and order denying an emergency motion for stay pending appeal. Exhibit 1. Case No. 4:26-mc-00006-O in the United States District Court for the Northern District of Texas involves an administrative subpoena substantively similar to the challenged administrative subpoena at issue in this case.

No portion of this filing was drafted by artificial intelligence.

Dated this 11th day of May, 2026.

Respectfully submitted,

1

FOR THE UNITED STATES OF
   AMERICA

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation
   Branch

  */s/ Scott B. Dahlquist*
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
Trial Attorney

United States Department of Justice
Enforcement & Affirmative Litigation
   Branch
P.O. Box 386
Washington, DC 20044
Tel:   202-598-3915
Fax:  202-514-8742
scott.b.dahlquist@usdoj.gov

*Attorneys for the United States of America*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2026, I filed the foregoing

Notice of Supplemental Authority with the Clerk of Court using the CM/ECF

system, and separately emailed to counsel for Children's Hospital Colorado at:

Elliot R. Peters
epeters@keker.com

Cody Gray
cgray@keker.com

Katherine S. Folly
kfolly@keker.com

Aseem Mehta
amehta@keker.com

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Dated this 11th day of May 2026.

/s/ *Scott B. Dahlquist*
Scott B. Dahlquist