**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 25-mc-63-SKC-CYC

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

**CHILDREN'S HOSPITAL COLORADO'S NOTICE OF SUPPLEMENTAL
AUTHORITY**

---

Pursuant to Civ. Practice Standard 10.1(d), Children's Hospital Colorado

hereby submits this Notice of Supplemental Authority to identify the following new

authority relevant to Children's Hospital Colorado's Motion to Quash Subpoena,

Dkt. 1:

*In Re: Administrative Subpoena 25-1431-032 to Rhode Island Hospital*, No.

1:26-mc-0007-MSM-AEM, Dkt. 38 (D.R.I. May 13, 2026) (attached hereto as

**Exhibit A**).

1

6205722

No portion of this filing was drafted using artificial intelligence.

Respectfully submitted,

Dated: May 13, 2026                   By:      */s/ Aseem Mehta*

Elliot R. Peters
*epeters@keker.com*
Cody Gray
*cgray@keker.com*
Katherine S. Folly
*kfolly@keker.com*
Aseem Mehta
*amehta@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

*Attorneys for Children's Hospital
Colorado*

2

6205722

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which caused the foregoing to be sent to:

Ross Scott Goldstein
U.S. Department of Justice
450 Fifth Street NW
Liberty Square Building
Suite 6400
Washington, DC 20001
202-353-4218
Fax: 202-514-8742
Email: ross.goldstein@usdoj.gov

Scott B. Dahlquist
U.S. Department of Justice
PO Box 386
Washington, DC 20044
202-532-4602
Email: scott.b.dahlquist@usdoj.gov

Respectfully submitted,

Dated: May 13, 2026

*/s/Aseem Mehta*
Aseem Mehta

6205722