## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 25-mc-63-SKC-CYC

**In re: Department of Justice Administrative Subpoena No. 25-1431-030**

---

## MOTION TO WITHDRAW KATHERINE S. FOLLY AS COUNSEL FOR CHILDREN'S HOSPITAL COLORADO

---

Pursuant to D.C. COLO.LAttyR 5(b), undersigned counsel respectfully request to withdraw Katherine S. Folly as counsel for Petitioner Children's Hospital Colorado. In support of the motion, the undersigned counsel states as follows:

1. As of May 22, 2026, Katherine S. Folly is no longer associated with the law firm of Keker, Van Nest & Peters LLP, counsel of record for Petitioner Children's Hospital Colorado in the above-referenced matter.

2. Petitioner Children's Hospital Colorado will not be prejudiced by Ms. Folly's withdrawal and will continue to be represented by Elliot R. Peters, Cody Gray, and Aseem Mehta of the Keker, Van Nest & Peters LLP law firm.

3. As required by D.C.COLO.LAttyR 5(b), a copy of this Motion will be served on Petitioner and counsel of record in this matter.

It is therefore respectfully requested that the Court grant this motion and permit the withdrawal of Katherine S. Folly as Petitioner's counsel in this case.

1

6214867

No portion of this filing was drafted using artificial intelligence.

Respectfully submitted,

Dated: May 27, 2026                          By:     */s/ Aseem Mehta*

Elliot R. Peters
*epeters@keker.com*
Cody Gray
*cgray@keker.com*
Aseem Mehta
*amehta@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

*Attorneys for Children's Hospital
Colorado*

2

6214867

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May 2026, I filed the foregoing with

the Clerk of Court using the CM/ECF system, which caused the foregoing to be sent

to:

Ross Scott Goldstein
U.S. Department of Justice
450 Fifth Street NW
Liberty Square Building
Suite 6400
Washington, DC 20001
202-353-4218
Fax: 202-514-8742
Email: ross.goldstein@usdoj.gov

Scott B. Dahlquist
U.S. Department of Justice
PO Box 386
Washington, DC 20044
202-532-4602
Email: scott.b.dahlquist@usdoj.gov

Respectfully submitted,

Dated: May 27, 2026                                      */s/Aseem Mehta*
                                                        Aseem Mehta

6214867