**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 25-mc-00063-SKC-CYC

**In Re: Department Of Justice Administrative Subpoena No. 25-1431-030**

---

**UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Pursuant to Civ. Practice Standard 10.1(d), the United States of America respectfully submits this Notice of Supplemental Authority to identify new authority relevant to the United States' Opposition to Children's Hospital Colorado's Motion to Quash Subpoena (ECF 10).

On August 14, 2026, the United States Court of Appeals for the Ninth Circuit in Case No. 25-7384 (D.C. No. 2:25-mc-000420JNW), entered an opinion and order where it reversed and remanded a district court order quashing a subpoena substantially similar to the challenged administrative subpoena at issue in this action. Exhibit 1.

No portion of this filing was drafted by artificial intelligence.

Dated this 14th day of August, 2026.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation Branch

*/s/ Scott B. Dahlquist*
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
Trial Attorney

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
Tel: 202-598-3915
Fax: 202-514-8742
scott.b.dahlquist@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2026, I filed the foregoing Notice of Supplemental Authority with the Clerk of Court using the CM/ECF system.

Dated this 14th day of August, 2026.

/s/ *Scott B. Dahlquist*
Scott B. Dahlquist